IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**MOUNTAIN LAUREL ASSURANCE COMPANY**                          **PLAINTIFF**

**VS.**                                              **CAUSE NO.** 2:24-cv-33-KS-MTP

**AMAIA LEE BOWMAN**                                               **DEFENDANT**

### COMPLAINT FOR DECLARATORY RELIEF AND JUDGMENT

COMES NOW Plaintiff, Mountain Laurel Assurance Company, Inc. ("Mountain Laurel") by and through its counsel of record and brings this Complaint for Declaratory Relief and Judgment against Defendant pursuant to Rule 57 of the Federal Rules of Civil Procedure and 28 U.S.C.A. §2201. In support thereof would show unto the Court the following, to-wit:

### PARTIES

1.  Plaintiff, Mountain Laurel Assurance Company is an Ohio corporation with its principal place of business located at 6300 Wilson Mills Road, Mayfield Village, Ohio 44143 and is authorized to issue insurance coverage in the State of Mississippi.

2.  Defendant Amaia Lee Bowman is an individual adult residing in Forrest County, Mississippi.

### JURISDICTION AND VENUE

3.  This Court has original jurisdiction of this action pursuant to the provisions of 28 U.S.C. §1332 in that complete diversity of citizenship exists between Plaintiff, Mountain Laurel, and the Defendant herein, and the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interests and costs.

4.  This Court has in personam jurisdiction over all the parties to this action.

40123177

5.     This Court has venue of this action pursuant to the provisions of 28 U.S.C.A. §1391 in that a substantial part of the events giving rise to the case or controversy and the assertion of claims herein have occurred or accrued within the Eastern Division of the United States District Court for the Southern District of Mississippi.

6.     Defendant has been properly and timely served with process pursuant to the Federal Rules of Civil Procedure.

## UNDERLYING FACTS

7.     On or about the 29th day of November 2022, a tragic vehicular accident occurred in the City of Petal, Forrest County, Mississippi on Morriston Road. On that date Stanley Dwayne Bowman, with no identified address or telephone number, while a pedestrian on Morriston Road, was struck and killed by a 2007 Toyota Corolla owned and operated by Randall Thurman of Petal, Mississippi. The vehicle operated by Randall Thurman was insured by a policy of insurance issued by State Farm Mutual Automobile Insurance Company.

8.     The decedent, Stanley Bowman, born on December 5, 1977, and Forty-Four (44) years of age at the time of his death, left one wrongful death beneficiary, the Defendant Amaia Lee Bowman, who was adjudicated as the sole statutory wrongful death beneficiary of Stanley Bowman by the Chancery Court of Forrest County, Mississippi on the 10th day of October 2023 in Civil Action No. 18CH1:23-PR-00184-S.

9.     In addition to the surviving statutory wrongful death beneficiary, Stanley Bowman was survived by his father, Jerry "Bo" Bowman of Sumrall, Mississippi and his sister, Kelly Conway, of Petal, Mississippi.

10.    As a result of Mr. Bowman's death, Amaia Bowman, the statutorily adjudicated wrongful death beneficiary of Stanley Bowman, has asserted a claim for alleged uninsured

40123177

motorist benefits under a policy of automobile insurance coverage issued by Mountain Laurel to Jeffrey Conway, the same bearing Policy No. 960263263. A copy of the in-force policy declarations page with redacted premium sums and vehicle identification numbers is attached hereto as Exhibit "A" and incorporated by reference. The policy with applicable endorsements referenced in the declarations page attached as Exhibit "A" is likewise attached hereto as Exhibit "B" and incorporated herein as if in words and phrases fully set forth. Jeffrey Conway was and is the spouse of Kelly Conway, the surviving sister of Stanley Bowman.

11.     Jeffrey Conway, his wife Kelly Conway and their three daughters reside at 157 Cascade Cove, Petal, Mississippi 39465. The referenced policy of insurance issued by Mountain Laurel insured three separate listed vehicles owned by Jeffrey and/or Kelly Conway. None of the three vehicles was owned or operated at any time by Stanley Bowman.

12.     The referenced policy of insurance provides for uninsured motorist benefits in the sum of $250,000.00 each person / $500,000.00 each accident, subject to the terms and conditions of the policy.

13.     The Defendant claims that Stanley Bowman, Forty-Four (44) years of age at the time of his death, was a resident of the household of his sister Kelly Conway, and her husband Jeffrey Conway.

14.     Defendant further claims that as a result of her Father's (Stanley Bowman) alleged household residency with the Conway family, she, as the sole statutory wrongful death beneficiary of Stanley Bowman is entitled to stacked, Class-I, uninsured motorist benefits from the referenced policy in the sum of $750,000.00 less any offset for the payment of liability proceeds on behalf of Mr. Thurman, if any.

40123177

## CONTROVERSY AND REQUESTED RELIEF

15. There exists an actual controversy between Mountain Laurel and the Defendant Amaia Bowman herein, involving the rights, responsibilities, and obligations, if any under the subject Mountain Laurel policy attached as Exhibit "B" hereto. Specifically in light of the Defendant's assertion that Stanley Bowman was a household resident of the Conway's at the time of his tragic death.

16. Mountain Laurel denies that Defendant is entitled to proceeds under the referenced Mountain Laurel policy issued to the Conway's because Stanley Bowman was not a household resident, residing with the Conway's at the time of his death.

17. In fact, the application for insurance executed by Mr. Conway did not identify Mr. Bowman as a household resident, the same only identifying Jeffrey Conway, Kelly Conway and their three children as household residents. A true and correct copy of the application for the referenced policy issued by Mountain Laurel is attached hereto as Exhibit "C" and incorporated herein by reference. Plaintiff accordingly requests that this court adjudicate and declare that Stanley Bowman was not a resident of the Jeffrey Conway household at the time of his death.

18. Alternatively, Mountain Laurel respectfully requests that this Court adjudicate that, even if Stanley Bowman were to be determined factually to be a household resident of the Conway's at the time of his death, the claim of the Defendant for uninsured motorist benefits should nevertheless be denied in accordance with the holdings of <u>Bradley vs. Viking Insurance Company of Wisconsin,</u> 56 F.4th 1011 (5th Cir. 2023) due to the material misrepresentation/omission of Stanley Bowman's status as a household resident.

40123177

19. Respectfully, the insured Jeffrey Conway denies that Stanley Bowman was a resident of his household on the date of his tragic death and concedes that he did not disclose any such household residency on his initial application or anytime thereafter with his insurer.

WHEREFORE, Plaintiff Mountain Laurel Assurance Company respectfully requests that this Court enter a judgment to declare and adjudicate the following:

a. That this Court determine and adjudicate the rights and obligations and liabilities of the parties herein with respect to the Mountain Laurel insurance Policy No. 960263263 attached hereto as Exhibit "B;"

b. That this Court specifically find and declare that the referenced policy provides no uninsured motorist benefits to the wrongful death beneficiary of Stanley Bowman, who was either (1) not a resident of the Conway household at the time of his death or (2) if found to be a household resident, not entitled to benefits through his wrongful death beneficiaries as a result of the failure to disclose his residency on the application of insurance or at anytime thereafter; and

c. That this Court entertain a speedy hearing on the merits of this action pursuant to Rule 57 of the Federal Rules of Civil Procedure.

Respectfully submitted this the 5th day of March, 2024.

MOUNTAIN LAUREL ASSURANCE COMPANY, Plaintiff

BY: /s/ H. Richmond Culp, III
H. Richmond Culp, III (MSB No. 7936)

OF COUNSEL:
MITCHELL, McNUTT & SAMS
ATTORNEYS AT LAW
POST OFFICE BOX 7120
TUPELO, MISSISSIPPI 38802-7120
(662) 620-6222
rculp@mitchellmcnutt.com

40123177